## MYERS et al. v. SEFF et al.

(Supreme Court, Appellate Division, First Department. January 11, 1907.)

Appeal from Special Term, New York County.

Action by Emanuel J. Myers and others against Harris Seff and others. From an interlocutory judgment sustaining demurrer to the complaint, on the ground that causes of action have been improperly united, plaintiff appeals. Affirmed.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and SCOTT, JJ.

Emanuel J. Myers, for appellants.
Leon Lauterstein, for respondents.

INGRAHAM, J.  The question presented in this case is the same as that presented in Emanuel J. Myers et al., v. Bernard Lederer et al. (decided herewith) 101 N. Y. Supp. 1088.  For the reasons there stated the judgment appealed from must be affirmed, with costs, with leave to the plaintiff, however, to serve an amended complaint within 20 days upon payment of costs in this court, and in the court below. All concur.